UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID HOLLAND, JR., AND CAROL KARARICK,
INDIVIDUALLY AND AS WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED,
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., , DECEASED          PLAINTIFFS

V.                                    CIVIL ACTION NO. 5:12-CV-100-DCB-JMR

PANGBORN CORPORATION, ET AL.                              DEFENDANTS

### AGREED ORDER OF DISMISSAL

COME NOW, the Plaintiffs and Defendant, Pearl Specialty Sands, Inc., by and through their attorneys, to dismiss the Complaint as to said Defendant without prejudice, and said parties consenting to the entry of this judgment, do hereby agree that this action should be completely dismissed without prejudice as to said Defendant, with the parties to bear their own costs and attorney's fees.

IT IS THEREFORE ORDERED AND ADJUDGED that this civil action is hereby dismissed without prejudice as to Defendant, Pearl Specialty Sands, Inc., with the parties to bear their own costs and attorney's fees.

SO ORDERED AND ADJUDGED, this the 17th day of December, 2012.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:

JOHN T. GIVENS
*Attorney for Plaintiff*

CLYDE L. "CHANEY" NICHOLS, III
*Attorney for Pearl Specialty Sands, Inc.*