UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID HOLLAND, JR., AND CAROL KARARICK,
INDIVIDUALLY AND AS WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED,
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., , DECEASED          **PLAINTIFFS**

V.                              CIVIL ACTION NO. 5:12-CV-100-DCB-JMR

PANGBORN CORPORATION, ET AL.                      **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

COME NOW, the Plaintiffs and Defendant, Pearl Specialty Sands, Inc., by and through their

attorneys, to dismiss the Complaint as to said Defendant without prejudice, and said parties

consenting to the entry of this judgment, do hereby agree that this action should be completely

dismissed without prejudice as to said Defendant, with the parties to bear their own costs and

attorney's fees.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is hereby

dismissed without prejudice as to Defendant, Pearl Specialty Sands, Inc., with the parties to bear

their own costs and attorney's fees.

**SO ORDERED AND ADJUDGED**, this the 17th day of December, 2012.


                                    s/David Bramlette
                                    **UNITED STATES DISTRICT JUDGE**


**AGREED AND APPROVED BY:**


_____          _____
JOHN T. GIVENS                     CLYDE L. "CHANEY" NICHOLS, III
*Attorney for Plaintiff*           *Attorney for Pearl Specialty Sands, Inc.*