**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**DAVID HOLLAND, JR., AND CAROL KARARICK,**
**INDIVIDUALLY AND AS WRONGFUL DEATH**
**BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED,**
**AND ON BEHALF OF ALL WRONGFUL DEATH**
**BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED**          **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 5:12CV100 DCB-JMR**

**PANGBORN CORPORATION, ET AL.**                          **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

This cause having come on to be heard on the joint *ore tenus* motion of the Plaintiffs, David

Holland, Jr., and Carol Kararick, Individually and on Behalf of all Wrongful Death Beneficiaries

of David Holland, Sr., Deceased, and Defendant Empire Abrasive Equipment Company, L.P., and

the Court having been advised that the parties are in agreement as to this matter does hereby;

**ORDER AND ADJUDGE** that the claims of the  Plaintiffs, David Holland, Jr., and Carol

Kararick, Individually and on Behalf of all Wrongful Death Beneficiaries of David Holland, Sr.,

Deceased, against Defendant Empire Abrasive Equipment Company, L.P. are hereby dismissed,

without prejudice, with each party bearing its own respective costs; and

**ORDER AND ADJUDGE** that the Clerk of the Court is forthwith directed to enter this

Agreed Judgment of Dismissal Without Prejudice, there being no just cause for delay.

So **ORDERED AND ADJUDGED** this the 4th day of February      , 2013.


s/David Bramlette
**DISTRICT COURT JUDGE**




**Agreed as to form and content:**

_/s/  Katharine McKee Surkin_
RONALD G. PERESICH, MSB #4113
W. MARK EDWARDS, MSB #8935
RANDI P. MUELLER, MSB #100022
KATHARINE MCKEE SURKIN, MSB #100560
RYAN A. FREDERIC, MSB # 102612
Page, Mannino, Peresich & McDermott, P.L.L.C.
759 Vieux Marché Mall
Post Office Drawer 289
Biloxi, MS 39533-0289
Telephone: (228) 374-2100 FAX: (228) 435-5539
**Counsel for Defendant Empire Abrasive Equipment**
**Company, L.P.**

_/s/  John T. Givens_
R. ALLEN SMITH, JR., MSB #99984
The Smith Law Firm, P.L.L.C.
681 Towne Center Blvd., Suite B
Ridgeland, MS  39157
Telephone: 601-952-1422
Facsimile: 601-952-1426

TIMOTHY W. PORTER, MSB #9687
PATRICK C. MALOUF, MSB #9702
JOHN T. GIVENS, MSB #101561
Porter & Malouf, P.A.
P.O. Box 12768
Jackson, MS 39236
Telephone: (601) 957-1173
Facsimile: (601) 957-7366
**Counsel on behalf of Plaintiffs**