UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID HOLLAND, JR., AND CAROL KARARICK,
INDIVIDUALLY AND AS WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED,
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF DAVID HOLLAND, SR., DECEASED          PLAINTIFFS

VS.                                        CIVIL ACTION NO.: 5:12CV100 DCB-JMR

PANGBORN CORPORATION, ET AL.                            DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This cause having come on to be heard on the joint *ore tenus* motion of the Plaintiffs, David Holland, Jr., and Carol Kararick, Individually and on Behalf of all Wrongful Death Beneficiaries of David Holland, Sr., Deceased, and Defendant Empire Abrasive Equipment Company, L.P., and the Court having been advised that the parties are in agreement as to this matter does hereby;

**ORDER AND ADJUDGE** that the claims of the Plaintiffs, David Holland, Jr., and Carol Kararick, Individually and on Behalf of all Wrongful Death Beneficiaries of David Holland, Sr., Deceased, against Defendant Empire Abrasive Equipment Company, L.P. are hereby dismissed, without prejudice, with each party bearing its own respective costs; and

**ORDER AND ADJUDGE** that the Clerk of the Court is forthwith directed to enter this Agreed Judgment of Dismissal Without Prejudice, there being no just cause for delay.

So **ORDERED AND ADJUDGED** this the 4th day of February, 2013.

                                        s/David Bramlette
                                        **DISTRICT COURT JUDGE**


**Agreed as to form and content:**

| | |
|---|---|
| /s/ Katharine McKee Surkin <br> RONALD G. PERESICH, MSB #4113 <br> W. MARK EDWARDS, MSB #8935 <br> RANDI P. MUELLER, MSB #100022 <br> KATHARINE MCKEE SURKIN, MSB #100560 <br> RYAN A. FREDERIC, MSB # 102612 <br> Page, Mannino, Peresich & McDermott, P.L.L.C. <br> 759 Vieux Marché Mall <br> Post Office Drawer 289 <br> Biloxi, MS 39533-0289 <br> Telephone: (228) 374-2100 FAX: (228) 435-5539 <br> *Counsel for Defendant Empire Abrasive Equipment Company, L.P.* | /s/ John T. Givens <br> R. ALLEN SMITH, JR., MSB #99984 <br> The Smith Law Firm, P.L.L.C. <br> 681 Towne Center Blvd., Suite B <br> Ridgeland, MS  39157 <br> Telephone: 601-952-1422 <br> Facsimile: 601-952-1426 <br><br> TIMOTHY W. PORTER, MSB #9687 <br> PATRICK C. MALOUF, MSB #9702 <br> JOHN T. GIVENS, MSB #101561 <br> Porter & Malouf, P.A. <br> P.O. Box 12768 <br> Jackson, MS 39236 <br> Telephone: (601) 957-1173 <br> Facsimile: (601) 957-7366 <br> *Counsel on behalf of Plaintiffs* |